IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDIXON ALIRIO VALERA-MARIN,

    Plaintiff,

vs.                                                                    Civ. No. 25-0914 KG/GBW

TODD M. LYONS,
*Acting Director Immigration and*
*Customs Enforcement, et al.,*

    Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, NOVEMBER 3, 2024, AT 1:00 PM**. Counsel shall call my Webex toll-free conference line at 1-855-244-8681 and dial access code 2304 341 4922 to be joined to the proceedings. When prompted for an Attendee ID number, press #. There may be a short wait before you are prompted for the Attendee ID number.

                                                      /s/Kenneth J. Gonzales
                                                      CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.